186 So. 921

### Robert LEWIS v. CITY OF ANNISTON.
### 7 Div. 443.

Court of Appeals of Alabama.
Jan. 17, 1939.

E. W. Harmon, of Anniston, for appellant.

H. H. Evans, of Anniston, for appellee.

SAMFORD, Judge.

Affirmed.